Reon Lee Bowen, Appellant, v. City of Schenectady, Henry C. Fagal
and Others, Comprising the Board of Contract and Supply of the City of
Schenectady, Respondents.— Motion for reargument denied, with ten dollars
costs. Motion for leave to appeal to the Court of Appeals denied. In determining
the case this court passed upon the constitutional question involved.

The People of the State of New York ex rel. Charles Taylor, Relator,
Appellant, v. William Hunt, as Warden of Great Meadow Prison, Comstock,
N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied.
The question has already been determined in *People ex rel. Taylor* v. *Jennings*
(134 Misc. 586), and no appeal was taken from the order.

Ray F. Saltsman, as Administrator with the Will Annexed of Punderson
West, Deceased, Respondent, v. Anna M. Greene and Others, Respondents,
Impleaded with The Baptist Missionary Convention of the State of New
York, Appellant.— Decision† and order amended to read " with costs payable
out of the fund." Motion for reargument denied. Motion for leave to appeal
to the Court of Appeals granted.

Sophia Greenbaum, Appellant, v. Totem Lodge, Inc., Respondent, and
Another.— Motion for reargument denied, with ten dollars costs. Motion for
leave to appeal to the Court of Appeals denied.

The New York Mortgage Company, Respondent, v. Julius Garfinkle,
Also Referred to as Julius Garfinkel, and Another, Appellants.— The court
amends its decision‡ herein by making additional findings as follows: The court
finds as facts defendants' proposed findings numbers " tenth," " eleventh,"
" twelfth " (except the first three words of number " twelfth "), and in addition
finds that there was an agreement between the parties that Alexander Zubalsky
should be in form the mortgagee; and the plaintiff was to accept a mortgage from
said defendants in the sum of $33,000 covering the premises described in the
complaint, to be taken in the name of said Zubalsky. That a bond in like
amount, secured by said mortgage and payable three years from the date thereof,
was executed contemporaneously with said mortgage; and in addition to the six
per cent interest exacted from said defendants on the amount represented by the
loan there was an agreement by which the mortgagors undertook to pay to the
plaintiff a bonus of $4,590.

* See 230 App. Div. 687, 693.— [Rep.    † See 231 App. Div. 781.— [Rep.
‡ See 231 App. Div. 327.— [Rep.